IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 AUG 14 AM 11: 15
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CLERK

| | | |
|---|---|---|
| NESANET G. BELAY,<br>        PLAINTIFF,<br><br>V.<br><br>AEGIS WHOLESALE CORPORATION,<br>AURORA LOAN SERVICES, LLC,<br>NATIONSTAR MORTGAGE LLC,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>VERIPRISE PROCESSING<br>SOLUTION, LLC,<br>        DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 17-CV-545-LY |

**ORDER**

Plaintiff Nesanet G. Belay ("Belay") filed a Complaint (the "Complaint") on May 8, 2017, in Williamson County, Texas (Doc. #1-2). Defendants removed the suit to this court on June 6, 2017, under federal question jurisdiction (Doc. #1).

Defendants moved to dismiss the Complaint on June 25, 2017 (Doc. #8). On August 1, 2017, Belay filed a First Amended Complaint (Doc. #9). A scheduling order has not yet been entered in this matter.

Accordingly, in the light of the First Amended Complaint,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #8) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this __14th__ day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE