IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NESANET G. BELAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-cv-00545-LY |
| | § | |
| AEGIS WHOLESALE CORPORATION, AURORA LOAN SERVICES, LLC, NATIONSTAR MORTGAGE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., VERIPRISE PROCESSING SOLUTION, LLC, | § § § § § § § § | |
| | § | |
| Defendants. | § | |

## ADVISORY TO THE COURT

Pursuant to the Court's September 5, 2017 order (Dkt. No. 13) Nationstar Mortgage LLC, Veriprise Processing Solution, LLC, Mortgage Electronic Registration Systems, Inc., and Aurora Loan Services, LLC (collectively **defendants**) file this advisory.

On August 16, 2017, counsel for defendants served a copy of defendants' motion to dismiss (Dkt. No. 11) on plaintiff Nesanet G. Belay by regular U.S. mail and certified mail at the following addresses: 15352 English River Loop, Leander, Texas 78641 and P.O. Box 301955, Austin, Texas 78705. Proof of service or attempted service of the motion to dismiss is attached as Exhibit A.

Dated: September 14, 2017

Respectfully submitted,

      */s/ Andrew D. Thomas*
Andrew D. Thomas, SBN: 24060714
C. Charles Townsend, SBN: 24028053
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
andrew.thomas@akerman.com
charles.townsend@akerman.com

Monica Summers, SBN: 24083594
AKERMAN LLP
112 E. Pecan Street, Suite 2750
San Antonio, Texas 78205
Telephone: 210.582.0220
Facsimile: 210.582.0231
monica.summers@akerman.com

**ATTORNEYS FOR DEFENDANTS NATIONSTAR MORTGAGE LLC, VERIPRISE PROCESSING SOLUTION, LLC, AURORA LOAN SERVICES, LLC, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, a true and correct copy of the foregoing was served as follows:

**VIA REGULAR U.S. MAIL AND CERTIFIED MAIL / RRR NO. 7014 2120 0001 4390 6077**
Nesanet Belay
15352 English River Loop
Leander, Texas 78641

*Pro Se*

**VIA REGULAR U.S. MAIL AND CERTIFIED MAIL / RRR NO. 7014 2120 0001 4390 6084**
Nesanet G. Belay
P.O. Box 301955
Austin, Texas 78705

*Pro Se*

　　　　　　　　　　　　　　　　　　　　／s/ *Monica Summers*
　　　　　　　　　　　　　　　　　　　Monica Summers