IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 MAR 14 AM 10: 27

| | |
|---|---|
| NESANET BELAY, § | |
| § PLAINTIFF, | |
| § | |
| V. § | CIVIL NO. 1:17-CV-0545-LY |
| § | |
| AEGIS WHOLESALE CORPORATION, § | |
| AURORA LOAN SERVICES, LLC, § | |
| NATIONSTAR MORTGAGE, LLC, § | |
| MORTGAGE ELECTRONIC § | |
| REGISTRATION SYSTEMS, INC., AND § | |
| VERIPRISE PROCESSING § | |
| SOLUTION, LLC, § | |
| § DEFENDANTS. | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On this day by separate order the court dismissed with prejudice all of Plaintiff *pro se* Nesanet G. Belay's claims alleged against all defendants in this action. As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants recover their costs of court from Plaintiff *pro se* Nesanet Belay.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this _14th_ day of March, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE